AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wheeler, Thomas C. | U.S. Court of Federal Claims | 05/13/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

U.S. Court of Federal Claims
717 Madison Place, N.W.
Washington, DC 20439

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2006 | DLA Piper Retirement Trust Plan with former law firm, no control. |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | DLA Piper Law Firm Retirement Plan. | $7,588.56 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2013 | Montgomery County Public Schools, Payment. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SIT Tax Exempt Bond Mutual Fund | B | Dividend | K | T | | | | | |
| 2. Bank of America Checking Account | A | Interest | K | T | | | | | |
| 3. Potomac Cliffs at Watson House RE P-ship (See Part VIII) | | None | K | R | | | | | |
| 4. TCW/JRW Second-to-Die Life Insurance Policy | | None | N | T | | | | | |
| 5. JRW Whole Life Policy | | None | K | T | | | | | |
| 6. Broker Account #1 -- JRW Rev. Trust | | | | | | | | | |
| 7. - Daimler AG Common Stock | | None | J | T | | | | | |
| 8. - Altria Group Common Stock | A | Dividend | J | T | | | | | |
| 9. - American Express Common Stock | A | Dividend | | | Donated | | | | |
| 10. - Walt Disney Common Stock | A | Dividend | | | Donated | | | | |
| 11. - Philip Morris Int'l Common Stock | A | Dividend | | | Donated | | | | |
| 12. - Nuveen Municipal Mkt. Opportunity Fund | B | Dividend | | | Sold | 08/19/13 | J | A | |
| 13. - Davis New York Venture A | A | Dividend | K | T | Buy (add'l) | 07/01/13 | J | | |
| 14. - Davis New York Venture A | A | Dividend | K | T | Buy (add'l) | 12/19/13 | J | | |
| 15. Broker Account #2 -- JRW IRA | | | | | | | | | |
| 16. - Citigroup Common Stock | A | Dividend | J | T | | | | | |
| 17. - Legg Mason Clearbridge Fund. Value Fund | | None | J | T | Buy (add'l) | 12/12/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Broker Account #3 -- TCW IRA Rollover | | | | | | | | | |
| 19. - Air Castle Common Stock | B | Dividend | K | T | | | | | |
| 20. - Covidien PLC Common Stock | A | Dividend | L | T | Sold (part) | 12/04/13 | J | | |
| 21. - Tyco Electronics Common Stock | A | Dividend | J | T | | | | | |
| 22. - Altria Group Common Stock | B | Dividend | K | T | | | | | |
| 23. - Apollo Investment Common Stock | B | Dividend | J | T | | | | | |
| 24. - BP PLC Common Stock | B | Dividend | K | T | | | | | |
| 25. - Bristol Myers Squibb Common Stock | B | Dividend | K | T | Buy (add'l) | 01/28/13 | J | | |
| 26. - Cisco Systems Common Stock | B | Dividend | K | T | Buy (add'l) | 05/30/13 | J | | |
| 27. - Comcast Common Stock | B | Dividend | K | T | Buy (add'l) | 08/22/13 | K | | |
| 28. - Constellation Brands Common Stock | | None | K | T | | | | | |
| 29. - Walt Disney Common Stock | A | Dividend | L | T | | | | | |
| 30. - EBay Common Stock | | None | K | T | Buy | 12/04/13 | K | | |
| 31. - Emerson Electric Common Stock | B | Dividend | K | T | | | | | |
| 32. - Energy Transfer Partners LP | D | Dividend | M | T | | | | | |
| 33. - General Electric Common Stock | B | Dividend | K | T | | | | | |
| 34. - Halliburton Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - Hewlett Packard Common Stock | B | Dividend | K | T | | | | | |
| 36.  - Home Depot Common Stock | B | Dividend | K | T | | | | | |
| 37.  - Hospitality Properties Trust Common Stock | B | Dividend | K | T | Buy (add'l) | 03/11/13 | J | | |
| 38.  - J.P. Morgan Chase Common Stock | B | Dividend | K | T | | | | | |
| 39.  - Kroger Common Stock | A | Dividend | K | T | | | | | |
| 40.  - Marriott Int'l Common Stock | A | Dividend | K | T | | | | | |
| 41.  - Microsoft Common Stock | B | Dividend | K | T | | | | | |
| 42.  - Pepsico Common Stock | B | Dividend | L | T | | | | | |
| 43.  - Philip Morris Int'l Common Stock | B | Dividend | K | T | | | | | |
| 44.  - Sandridge Miss. Trust | D | Dividend | L | T | | | | | |
| 45.  - Southwest Airlines Common Stock | A | Dividend | K | T | | | | | |
| 46.  - 3M Common Stock | B | Dividend | M | T | | | | | |
| 47.  - United Parcel Service Common Stock | B | Dividend | K | T | | | | | |
| 48.  - United States Steel Common Stock | A | Dividend | J | T | | | | | |
| 49.  - Verizon Common Stock | C | Dividend | K | T | | | | | |
| 50.  - Walmart Common Stock | B | Dividend | L | T | | | | | |
| 51.  - Williams Partners Ltd. | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Cohen & Steers Infrastructure Fund | B | Dividend | K | T | | | | | |
| 53. - Kayne Anderson Energy Return Fund | C | Dividend | L | T | | | | | |
| 54. - New Germany Fund | C | Dividend | L | T | | | | | |
| 55. - Eaton Vance LTD Duration Income Fund | B | Dividend | K | T | | | | | |
| 56. Brker Acct #4 -- SSB Asset Man Fd, JRW Rev Trst | | | | | | | | | |
| 57. - Citibank Money Market | A | Interest | J | T | | | | | |
| 58. - AMC Networks Common Stock | | None | J | T | | | | | |
| 59. - AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 60. - Akamai Technologies Common Stock | | None | J | T | | | | | |
| 61. - Amazon.com Common Stock | | None | | | Sold | 07/24/13 | J | C | |
| 62. - Amgen, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 63. - Anadarko Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 64. - Anheuser Busch InBev SA Spon. Common Stock | A | Dividend | J | T | | | | | |
| 65. - Apache Corp. Common Stock | A | Dividend | | | Sold | 05/29/13 | J | A | |
| 66. - Apple, Inc. Common Stock | A | Dividend | J | T | Buy (add'l) | 03/22/13 | J | | |
| 67. - Applied Materials, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 68. - Autodesk, Inc. Delaware Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Axis Capital Holdings Common Stock | A | Dividend | J | T | | | | | |
| 70. - Baker Hughes, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 71. - Bed Bath & Beyond Common Stock | | None | J | T | | | | | |
| 72. - BHP Billiton Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 73. - Biogen Idec Inc. Common Stock | | None | J | T | Sold (part) | 05/03/13 | J | D | |
| 74. - Blackrock, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 75. - Boeing Co. Common Stock | A | Dividend | | | Sold | 01/28/13 | J | A | |
| 76. - Bristol Myers Squibb Common Stock | A | Dividend | J | T | Buy | 09/18/13 | J | | |
| 77. - Broadcom Corp. Common Stock | A | Dividend | J | T | | | | | |
| 78. - CME Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 79. - CVS Caremark Corp. Common Stock | A | Dividend | J | T | | | | | |
| 80. - Cablevision Systems Corp. Common Stock | A | Dividend | J | T | | | | | |
| 81. - Cameron Intl. Corp. Common Stock | | None | J | T | | | | | |
| 82. - Carnival CP New Paired Common Stock | A | Dividend | J | T | | | | | |
| 83. - Caterpillar Common Stock | A | Dividend | J | T | Buy | 04/25/13 | J | | |
| 84. - Celgene Corp. Common Stock | | None | J | T | | | | | |
| 85. - Check Point Software Coomon Stock (X) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Chevron Corp. Common Stock | A | Dividend | J | T | Buy (add'l) | 04/01/13 | J | | |
| 87. - Chubb Corp. Common Stock | A | Dividend | J | T | | | | | |
| 88. - Cisco Systems Inc. Common Stock | A | Dividend | J | T | | | | | |
| 89. - CitiGroup Common Stock | A | Dividend | J | T | Buy | 10/21/13 | J | | |
| 90. - Citrix Systems, Inc. Common Stock | | None | J | T | | | | | |
| 91. - CME Group Common Stock (X) | A | Dividend | J | T | | | | | |
| 92. - Coach Common Stock (X) | A | Dividend | J | T | | | | | |
| 93. - Coca Cola Inc. Common Stock | A | Dividend | J | T | | | | | |
| 94. - Comcast Corp. CL A Special New Common Stock | A | Dividend | J | T | Sold (part) | 02/12/13 | J | B | |
| 95. - Cree Research Inc. Common Stock | | None | J | T | | | | | |
| 96. - Deere & Co. Common Stock | A | Dividend | J | T | | | | | |
| 97. - Devon Energy Corp. New Common Stock | A | Dividend | J | T | Buy (add'l) | 07/02/13 | J | | |
| 98. - DuPont de Nemours Common Stock | A | Dividend | J | T | | | | | |
| 99. - Walt Disney Co. Holding Common Stock | A | Dividend | J | T | Sold (part) | 07/22/13 | J | B | |
| 100. - The DirecTV Group CL A Common Stock | | None | J | T | | | | | |
| 101. - Dolby CL A Common Stock | | None | J | T | | | | | |
| 102. - Dover Corp. Common Stock | A | Dividend | | | Sold | 09/24/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - EMC Corp. Mass. Common Stock | | None | J | T | | | | | |
| 104.  - Eaton Corp. Common Stock | A | Dividend | J | T | | | | | |
| 105.  - EBay Inc. Common Stock | | None | J | T | | | | | |
| 106.  - Emerson Electric Common Stock | A | Dividend | J | T | | | | | |
| 107.  - Ericsson LM Tel. ADR CL B New Common Stock | A | Dividend | J | T | Sold (part) | 03/25/13 | J | A | |
| 108.  - Express Scripts Hldg Co. Common Stock | | None | J | T | | | | | |
| 109.  - Exxon Mobile Corp. Common Stock | A | Dividend | J | T | | | | | |
| 110.  - Fluor Corp. New Common Stock | A | Dividend | J | T | | | | | |
| 111.  - Forest Laboratories Inc. Common Stock | | None | J | T | | | | | |
| 112.  - Franklin Resources Inc. Common Stock | A | Dividend | J | T | | | | | |
| 113.  - GAP, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 114.  - General Electric Co. Common Stock | A | Dividend | J | T | Buy (add'l) | 11/18/13 | J | | |
| 115.  - GlaxoSmithKline PLC ADS Common Stock | A | Dividend | J | T | | | | | |
| 116.  - Goldman Sachs Common Stock | A | Dividend | J | T | Buy (add'l) | 03/27/13 | J | | |
| 117.  - Google Inc. Common Stock | | None | J | T | | | | | |
| 118.  - Halliburton Co. Common Stock | A | Dividend | J | T | | | | | |
| 119.  - Hess Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. - Home Depot Inc. Common Stock | A | Dividend | J | T | | | | | |
| 121. - Honeywell Intl. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 122. - Intuit Inc. Common Stock | A | Dividend | J | T | | | | | |
| 123. - JP Morgan Chase & Co. Common Stock | A | Dividend | J | T | | | | | |
| 124. - Jacobs Engineering Group Common Stock (X) | | None | J | T | | | | | |
| 125. - Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 126. - Jones Lang LaSalle Inc. Common Stock | A | Dividend | J | T | | | | | |
| 127. - Joy Global Common Stock | A | Dividend | J | T | | | | | |
| 128. - Juniper Networks Common Stock | | None | J | T | | | | | |
| 129. - KLA Tencor Corp. Common Stock | A | Dividend | J | T | | | | | |
| 130. - Keycorp New Common Stock | A | Dividend | J | T | | | | | |
| 131. - L-3 Communications Holding Inc. Common Stock | A | Dividend | J | T | | | | | |
| 132. - Liberty Media Co. Liberty Cap A Common Stock | | None | J | T | | | | | |
| 133. - Liberty Interactive Co. Inter A Common Stock | | None | J | T | | | | | |
| 134. - Mattel Inc. Common Stock | A | Dividend | J | T | | | | | |
| 135. - Merck & Co. Inc. New Common Stock | A | Dividend | J | T | | | | | |
| 136. - Microsoft Corp. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Monsanto Co. New Common Stock | A | Dividend | J | T | | | | | |
| 138.  - Morgan Stanley Common Stock | A | Dividend | J | T | | | | | |
| 139.  - National Oilwell Varco Inc. Common Stock | A | Dividend | J | T | | | | | |
| 140.  - Netapp. Inc. Common Stock | | None | J | T | | | | | |
| 141.  - Newfield Expl. Co. Common Stock | | None | J | T | | | | | |
| 142.  - Nike Inc. B Common Stock | A | Dividend | J | T | | | | | |
| 143.  - Novartis AG ADR Common Stock | A | Dividend | J | T | | | | | |
| 144.  - Nucor Corp. Common Stock | A | Dividend | J | T | | | | | |
| 145.  - Occidental Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 146.  - Oracle Corp. Common Stock | A | Dividend | | | Sold | 08/05/13 | J | A | |
| 147.  - Oshkosh Corp. Common Stock | | None | J | T | | | | | |
| 148.  - Pall Corp. Common Stock | A | Dividend | J | T | | | | | |
| 149.  - Peabody Energy Corp. Common Stock | A | Dividend | J | T | | | | | |
| 150.  - Pebblebrook Hotel Tr. Com. Common Stock | A | Dividend | J | T | | | | | |
| 151.  - Pentair Ltd. Common Stock (X) | A | Dividend | J | T | | | | | |
| 152.  - Pepsico Inc. Common Stock | A | Dividend | J | T | | | | | |
| 153.  - Procter & Gamble Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Qualcomm Inc. Common Stock | A | Dividend | J | T | | | | | |
| 155. - Raytheon Common Stock | A | Dividend | J | T | Buy | 03/28/13 | J | | |
| 156. - Red Hat Common Stock | | None | J | T | Buy | 11/19/13 | J | | |
| 157. - Regions Finance Corp. Common Stock | A | Dividend | J | T | | | | | |
| 158. - Riverbed Tech Common Stock | | None | J | T | Buy | 07/31/13 | J | | |
| 159. - Safeway Inc. Com. New Common Stock | A | Dividend | J | T | Sold (part) | 02/26/13 | J | A | |
| 160. - Sandisk Corp. Common Stock | A | Dividend | J | T | | | | | |
| 161. - Schlumberger Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 162. - Charles Schwab New Common Stock | A | Dividend | J | T | | | | | |
| 163. - Stanley Black & Decker Common Stock | A | Dividend | J | T | Buy | 11/13/13 | J | | |
| 164. - State Street Common Stock | A | Dividend | J | T | Buy | 03/21/13 | J | | |
| 165. - Symantic Corp. Common Stock | A | Dividend | J | T | | | | | |
| 166. - Teradyne Common Stock | | None | J | T | Buy | 07/25/13 | J | | |
| 167. - Texas Instruments Common Stock | A | Dividend | J | T | | | | | |
| 168. - The ADT Corp. Common Stock (X) | A | Dividend | J | T | | | | | |
| 169. - Thermo Fisher Scientific Inc. Common Stock | A | Dividend | J | T | | | | | |
| 170. - US Bancorp. Com New Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Unilever PLC (New) ADS Common Stock | A | Dividend | J | T | | | | | |
| 172. - United Parcel Service Inc. CL B Common Stock | A | Dividend | J | T | | | | | |
| 173. - United States Steel Corp. New Common Stock | A | Dividend | J | T | | | | | |
| 174. - United Health Group Inc. Common Stock | A | Dividend | J | T | | | | | |
| 175. - Veeco Instr. Inc. Common Stock | | None | J | T | | | | | |
| 176. - Vertex Pharmaceuticals Common Stock | | None | J | T | Buy | 02/07/13 | J | | |
| 177. - Visa Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 178. - Vodaphone Group PLC ADS New Common Stock | A | Dividend | J | T | | | | | |
| 179. - W.W. Grainger Common Stock | A | Dividend | J | T | Buy | 12/17/13 | J | | |
| 180. - Weyerhauser Co. Common Stock | A | Dividend | J | T | | | | | |
| 181. - Xilinx Inc. Common Stock | A | Dividend | J | T | | | | | |
| 182. - Covidien PLC New Common Stock | A | Dividend | J | T | | | | | |
| 183. - Seagate Technology PLC Common Stock | A | Dividend | J | T | | | | | |
| 184. - Allied World Assurance Co. Hldgs Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 185. - Weatherford International Ltd. Common Stock | | None | J | T | | | | | |
| 186. - TE Connectivity Ltd. New Common Stock | A | Dividend | J | T | | | | | |
| 187. - Tyco International Ltd. New Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Brker Acct # 5 -- SSB Asset Man Fd, TCW IRA | | | | | | | | | |
| 189. - MS Liquid Asset Fund Money Market | | None | J | T | | | | | |
| 190. - Davis New York Venture Mutual Fund | B | Dividend | N | T | Buy (add'l) | 07/09/13 | K | | |
| 191. Broker Account #6 -- JRW Pers. Trust | | | | | | | | | |
| 192. - Dominion Resources Common Stock | B | Dividend | K | T | | | | | |
| 193. - Exxon Mobile Common Stock | D | Dividend | M | T | | | | | |
| 194. - Pepsico Common Stock | B | Dividend | L | T | | | | | |
| 195. - PNC Financial Services Common Stock | A | Dividend | K | T | | | | | |
| 196. - Walmart Common Stock | B | Dividend | L | T | | | | | |
| 197. - Maryland CDA Housing Conds 07/01/13 | B | Interest | K | T | | | | | |
| 198. - Prince George's County MD Bonds 10/01/15 | A | Interest | J | T | | | | | |
| 199. - Puerto Rico Housing Public Serv. Bonds 07/01/16 | B | Interest | K | T | | | | | |
| 200. - Baltimore MD Ser. C Sink Fund 07/01/17 | B | Interest | L | T | | | | | |
| 201. - MFS Maryland Municipal Bond Fund | B | Interest | K | T | | | | | |
| 202. Broker Account #7 -- IShares Managed Trust | | | | | | | | | |
| 203. - First Trust Exchange Traded Fund II | A | Dividend | K | T | Buy | 10/18/13 | K | | |
| 204. - IShares Barclay's Aggregate Bond Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. - IShares Barclay's MBS Bond Fund | B | Dividend | | | Sold | 06/21/13 | L | A | |
| 206. - IShares Barclay's 1-3 Yr. CD Bond Fund | A | Dividend | L | T | | | | | |
| 207. - IShares Dow Jones US Consumer Services Index Fund | A | Dividend | K | T | Sold (part) | 06/21/13 | J | B | |
| 208. - IShares Dow Jones Real Estate Index Fund | A | Dividend | K | T | Sold (part) | 06/21/13 | J | A | |
| 209. - IShares Dow Jones Technology Sector Index Fund | A | Dividend | L | T | | | | | |
| 210. - IShares Dow Jones US Consumer Goods Index Fund | B | Dividend | L | T | | | | | |
| 211. - IShares Dow Jones US Financial Sector Index Fund | A | Dividend | | | Sold | 10/18/13 | K | D | |
| 212. - IShares Dow Jones US Healtk Care Sector Index Fund | A | Dividend | K | T | Sold (part) | 06/21/13 | J | B | |
| 213. - IShares Dow Jones US Energy Sector Index Fund | A | Dividend | L | T | Sold (part) | 06/21/13 | J | B | |
| 214. - Guggenheim Enhanced Short Duration Bond | A | Interest | L | T | Buy | 06/18/13 | L | | |
| 215. - IShares Floating Rate Bond | A | Interest | L | T | Buy | 06/21/13 | L | | |
| 216. --Pimco Bond | B | Dividend | L | T | Sold (part) | 06/21/13 | J | A | |
| 217. - Vanguard BD Index Fund | B | Dividend | | | Sold | 06/21/13 | L | A | |
| 218. Broker Account # 8 -- TCW/JRW Joint RMA | | | | | | | | | |
| 219. - Frederick MD Rfdg & Impt Bonds 08/01/13 | B | Interest | | | Redeemed | 08/01/13 | K | A | |
| 220. - Maryland CDA Hsg Cmty Dev Bonds 07/01/15 | A | Interest | K | T | | | | | |
| 221. - Puerto Rico Elec. Power Auth Bonds 007/01/17 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. - Blackrock Munivest Fund II | B | Interest | K | T | | | | | |
| 223. - Blackrock Munivest Fund | B | Interest | K | T | | | | | |
| 224. - Nuveen Select Tax Free Income Port 3 | B | Interest | K | T | | | | | |
| 225. - Dreyfus State Mun Bond Fd Maryland Ser Class C | B | Interest | K | T | | | | | |
| 226. Brker Acct # 9 -- IShares Man JRW Rev. Trust | | | | | | | | | |
| 227. - First Trust Exchange Traded Fund II | A | Dividend | K | T | Buy | 10/24/13 | K | | |
| 228. - IShares Barclay's Aggregate Bond Fund | B | Dividend | L | T | | | | | |
| 229. - IShares Barclay's MBS Bond Fund | B | Dividend | | | Sold | 06/21/13 | L | A | |
| 230. - IShares Barclay's 1-3 Yr. CD Bond Fund | B | Dividend | L | T | | | | | |
| 231. - IShares Dow Jones US Consumer Services Index Fund | A | Dividend | K | T | Sold (part) | 06/21/13 | J | A | |
| 232. - IShares Dow Jones US Real Estate Index Fund | B | Dividend | K | T | Sold (part) | 06/21/13 | J | A | |
| 233. - IShares Dow Jones Technology Sector Index Fund | A | Dividend | L | T | | | | | |
| 234. - IShares Dow Jones US Consumer Goods Index Fund | B | Dividend | L | T | | | | | |
| 235. - IShares Dow Jones US Financial Sector Index Fund | A | Dividend | | | Sold | 10/24/13 | K | A | |
| 236. - IShares Dow Jones US Health Care Sector Index Fund | A | Dividend | K | T | Sold (part) | 06/21/13 | J | B | |
| 237. - IShares Dow Jones US Energy Sector Index Fund | A | Dividend | K | T | Sold (part) | 06/21/13 | J | A | |
| 238. - Guggenheim Enhanced Short Duration Bond | A | Interest | L | T | Buy | 06/21/13 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 18 of 30

Name of Person Reporting

Wheeler, Thomas C.

Date of Report

05/13/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - IShares Floating Rate Bond | A | Interest | L | T | Buy | 06/21/13 | L | | |
| 240. - Pimco Bond | C | Dividend | L | T | Sold (part) | 06/21/13 | J | A | |
| 241. - Vanguard BD Index Fund | A | Dividend | | | Sold | 06/21/13 | L | A | |
| 242. Broker Account # 10 -- TCW Rev. Trust | | | | | | | | | |
| 243. - American Capital Limited Common Stock | | None | L | T | | | | | |
| 244. - EMC Corp. Mass. Common Stock | A | Dividend | K | T | | | | | |
| 245. - Ford Motor Co. Common Stock | A | Dividend | K | T | | | | | |
| 246. - Schlumberger Ltd. Common Stock | A | Dividend | K | T | | | | | |
| 247. - ING Clarion Global Real Estate Fund | C | Interest | K | T | | | | | |
| 248. - Kayne Anderson Energy Fund | C | Dividend | L | T | | | | | |
| 249. - ACAP Strategic Fund Shares Mutual Fund | | None | L | T | | | | | |
| 250. - Hartford Municipal Opp. Fund Class C | C | Dividend | | | Sold | 08/19/13 | K | A | |
| 251. - Legg Mason Western Asset Mun. Class C | B | Dividend | L | T | | | | | |
| 252. - Principal Investment Fund | A | Dividend | K | T | | | | | |
| 253. Broker Account # 11 -- EJW IRA | | | | | | | | | |
| 254. - Tortoise MLP Fund | B | Dividend | K | T | | | | | |
| 255. - Best Buy Common Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Chesapeake Energy Corp. Common Stock | A | Dividend | K | T | | | | | |
| 257. - Schlumberger Ltd. Common Stock | A | Dividend | J | T | | | | | |
| 258. Broker Account # 12 -- EJW IRA Trust | | | | | | | | | |
| 259. - United Health Group Common Stock | A | Dividend | K | T | | | | | |
| 260. - Calamos Strategy Fund | B | Dividend | K | T | Buy (add'l) | 12/04/13 | J | | |
| 261. - Hartford Floating Rate Fund | B | Dividend | K | T | | | | | |
| 262. - Pimco Commodity Real Return Strategy Fund | A | Dividend | K | T | | | | | |
| 263. - Putnam Diversified Income Trust Fund, Class C | B | Dividend | K | T | | | | | |
| 264. Broker Account # 13 -- HKW IRA Trust | | | | | | | | | |
| 265. - Bristol Myers Squibb Common Stock | B | Dividend | L | T | | | | | |
| 266. - Energy Transfer Partners LP | C | Dividend | K | T | | | | | |
| 267. - Exxon Mobile Common Stock | B | Dividend | L | T | | | | | |
| 268. - Ford Motor Co. Common Stock | A | Dividend | K | T | | | | | |
| 269. - Microsoft Corp. Common Stock | B | Dividend | L | T | Buy (add'l) | 06/04/13 | K | | |
| 270. - U.S. Steel Common Stock | A | Dividend | J | T | | | | | |
| 271. - Bank of America Preferred Stock | B | Dividend | | | Redeemed | 05/28/13 | K | A | |
| 272. - Principal Inv. Pref. Sec. Mut. Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Brker Acct #14--For HKW IRA Man Acct (See Part VIII) | | | | | | | | | |
| 274. - Alger Small Cap Growth Inst. (X) | | None | J | T | Buy (add'l) | 12/26/13 | J | | |
| 275. - Artisan Midcap Value Inv. (X) | A | Dividend | J | T | Buy (add'l) | 11/14/13 | J | | |
| 276. - Blackrock Equity Dividend I (X) | A | Dividend | K | T | Buy (add'l) | 11/14/13 | J | | |
| 277. - Columbia Select Large Cap Growth (X) | | None | K | T | Buy (add'l) | 11/14/13 | J | | |
| 278. - Oppenheimer Int' Growth (X) | A | Dividend | J | T | Buy (add'l) | 09/18/13 | J | | |
| 279. - Prudential Jennison MD Cap. (X) | | None | J | T | Buy (add'l) | 11/14/13 | J | | |
| 280. - Royce Premier Inv. (X) | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 281. - Wells Fargo Emerg. Mkts. (X) | A | Dividend | K | T | Sold (part) | 11/14/13 | J | A | |
| 282. Broker Account #15 --HKW IRA Managed Account | | | | | | | | | |
| 283. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 284. - Alger Small Cap Growth Inst. | | None | J | T | Buy (add'l) | 03/08/13 | J | | |
| 285. - Artisan Midcap Value Inv, | A | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 286. - Blackrock Equity Dividend | B | Dividend | L | T | Buy (add'l) | 09/13/13 | J | | |
| 287. - Columbia Select Large Cap Growth | | None | M | T | Buy (add'l) | 11/08/13 | J | | |
| 288. - Oppenheimer Int'l Growth | A | Dividend | K | T | Buy (add'l) | 09/13/13 | J | | |
| 289. - Prudential Jennison MD Cap. | | None | J | T | Buy (add'l) | 03/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. - Royce Premier Inv. | A | Dividend | J | T | Buy (add'l) | 03/08/13 | J | | |
| 291. - Virtus Insight Emerg. Mkts. | A | Dividend | K | T | Buy (add'l) | 09/13/13 | J | | |
| 292. - Wells Fargo Emerg. Mkts. | A | Dividend | K | T | Buy (add'l) | 09/13/13 | J | | |
| 293. Broker Account #16 -- TCW Trust | | | | | | | | | |
| 294. - CVS Caremark Common Stock | A | Dividend | M | T | | | | | |
| 295. - Celgene Common Stock | | None | M | T | | | | | |
| 296. - EMC Corp. Mass. Common Stock | A | Dividend | L | T | Buy (add'l) | 12/09/13 | K | | |
| 297. - Energy Transfer Equity LP | D | Dividend | M | T | | | | | |
| 298. - Enterprise Products Partners LP | D | Dividend | M | T | | | | | |
| 299. - General Electric Common Stock | A | Dividend | K | T | | | | | |
| 300. - Merck Common Stock | B | Dividend | L | T | | | | | |
| 301. - Murphy Oil Common Stock | | None | J | T | | | | | |
| 302. - Vale Common Stock | A | Dividend | | | Sold | 12/04/13 | K | A | |
| 303. - Vodofone GP Common Stock | C | Dividend | M | T | Buy (add'l) | 06/04/13 | K | | |
| 304. - Williams Cos. Common Stock | C | Dividend | M | T | Buy (add'l) | 12/09/13 | J | | |
| 305. - WPX Energy Common Stock | | None | K | T | | | | | |
| 306. - Nuveen NFM MTP Preferred | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. - Nuveen MD Dividend Muni Fund | A | Dividend | K | T | | | | | |
| 308. - Hartford Floating Rate Fund | A | Dividend | K | T | | | | | |
| 309. - Legg Mason WA SHT Muni Fund | B | Dividend | L | T | | | | | |
| 310. - Legg Mason Western Asset Muni Fund | B | Dividend | L | T | | | | | |
| 311. Broker Account #17--Small Cap Man. Trust | | | | | | | | | |
| 312. - MS Liquid Asset Fund | A | Interest | J | T | | | | | |
| 313. - Alger Small Cap Growth Inst. | | None | J | T | Buy (add'l) | 03/13/13 | J | | |
| 314. - American Century Int. TRM TX FR BD Inv. | B | Dividend | K | T | Sold (part) | 03/13/13 | K | B | |
| 315. - American Century Intl. Bond Inv. | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 316. - Artisan Midcap Value Inv. | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 317. - Baron Small Cap Retail | | None | J | T | Buy (add'l) | 03/13/13 | J | | |
| 318. - Columbia Marsico Growth Z | | None | K | T | | | | | |
| 319. - Columbia Marsico Intl Opp. Z | | None | J | T | | | | | |
| 320. - Davis New York Venture Y | A | Dividend | K | T | | | | | |
| 321. - American Europacific Growth F1 | A | Dividend | J | T | | | | | |
| 322. - Goldman Sachs Growth Opp. 1 | | None | J | T | Buy (add'l) | 03/13/13 | J | | |
| 323. - American Growth Fund of America F1 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  - JP Morgan Emerging Markets Sel | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 325.  - Lazard Emerging Markets 1 | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 326.  - Legg Mason WA Interim Muni Inst. | B | Dividend | K | T | Buy (add'l) | 12/20/13 | J | | |
| 327.  - Mainstay ICAP Select Equity 1 | A | Dividend | K | T | | | | | |
| 328.  - PIMCO Emerging Local BD P | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 329.  - T Rowe Price High Yield | A | Dividend | J | T | | | | | |
| 330.  - T Rowe Price Mid-Cap Growth | | None | J | T | Buy (add'l) | 03/13/13 | J | | |
| 331.  - Royce Micro-cap Inv. | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 332.  - Royce Total Return Inv. | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 333.  - Templeton Global Bond Fd Adv | A | Dividend | J | T | Sold (part) | 03/13/13 | J | A | |
| 334.  - CRM Mid-cap Value Instl. | A | Dividend | J | T | Buy (add'l) | 03/13/13 | J | | |
| 335.  - Wells Fargo High Income Inv. | A | Dividend | J | T | | | | | |
| 336. Broker Account #18 -- HKW/TCW Annuities | | | | | | | | | |
| 337.  - Tactical Diversified Futures Fund LP | | None | K | T | | | | | |
| 338.  - Sun Life of Canada Annuity | | None | M | T | | | | | |
| 339.  - Nationwide Life & Annuity | | None | M | T | | | | | |
| 340.  - Skybridge Multi-Advisor Hedge Fund | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Broker Account #19 -- US Bank EL Trust | | | | | | | | | |
| 342. - First American Prime Obligation Fund | | None | J | T | Buy (add'l) | 01/10/13 | K | | |
| 343. - IShares Iboxx H Y Corp Bond | A | Dividend | J | T | | | | | |
| 344. -- Agilent Technologies Common Stock | A | Dividend | | | Sold | 01/10/13 | J | A | |
| 345. - Allergan Inc. Common Stock | A | Dividend | J | T | | | | | |
| 346. - Anadarko Petroleum Common Stock | A | Dividend | J | T | | | | | |
| 347. - Apple Inc. Common Stock | | None | J | T | Sold (part) | 01/10/13 | J | B | |
| 348. - AT&T Inc. Common Stock | A | Dividend | J | T | | | | | |
| 349. - Bristol Myers Squibb Co. Common Stock | A | Dividend | | | Sold | 01/10/13 | J | B | |
| 350. - Cameron Intl. Corp. Common Stock | | None | | | Sold | 11/22/13 | J | A | |
| 351. - Caterpillar Common Stock | A | Dividend | J | T | | | | | |
| 352. - CBS Corp. Class B Non-Voting | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 353. - Cincinnati Financial. Corp. Common Stock | A | Dividend | J | T | Sold (part) | 01/10/13 | J | D | |
| 354. - Citigroup Common Stock | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 355. - CME Group Common Stock | A | Dividend | J | T | | | | | |
| 356. - Covidien Common Stock | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 357. - Cummins Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. - CVS Caremark Common Stock | A | Dividend | J | T | | | | | |
| 359. - Discovery Communications Inc. CL A Common Stock | | None | J | T | | | | | |
| 360. - Dover Corp. Common Stock | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 361. - EMC Corp. Common Stock | | None | J | T | | | | | |
| 362. - Ecolab Inc. Common Stock | A | Dividend | J | T | | | | | |
| 363. - Emerson Electric Co. Common Stock | A | Dividend | J | T | Sold (part) | 02/07/13 | J | C | |
| 364. - Exxon Mobile Corp. Common Stock | A | Dividend | J | T | Sold (part) | 05/29/13 | J | B | |
| 365. - Google Inc. Common Stock | | None | J | T | | | | | |
| 366. - Humana Common Stock | A | Dividend | | | Sold | 03/19/13 | J | A | |
| 367. - IBM Common Stock | A | Dividend | | | Sold | 07/30/13 | J | A | |
| 368. - Intel Corp. Common Stock | A | Dividend | | | Sold | 02/07/13 | J | B | |
| 369. - Int'l Paper Co. Common Stock | A | Dividend | J | T | Buy | 03/19/13 | J | | |
| 370. - JP Morgan Chase Co. Common Stock | A | Dividend | J | T | | | | | |
| 371. - Johnson & Johnson Common Stock | A | Dividend | J | T | | | | | |
| 372. - Kraft Foods Common Stock | A | Dividend | J | T | | | | | |
| 373. - Lincoln Nat'l Corp. Common Stock | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 374. - Lowe's Common Stock | A | Dividend | J | T | Buy | 02/11/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Marathon Oil Common Stock | A | Dividend | J | T | | | | | |
| 376. - Mastercard Inc. Common Stock | A | Dividend | J | T | | | | | |
| 377. - McDonald's Corp. Common Stock | A | Dividend | J | T | Sold (part) | 01/10/13 | J | C | |
| 378. - McKesson Corp. Common Stock | A | Dividend | J | T | | | | | |
| 379. - Medco Health Solutions Inc. Common Stock | | None | J | T | | | | | |
| 380. - Merck Common Stock | A | Dividend | J | T | | | | | |
| 381. - Medtronic Common Stock | A | Dividend | J | T | Buy | 11/22/13 | J | | |
| 382. - Mohawk Indus. Common Stock | A | Dividend | J | T | Buy | 07/16/13 | J | | |
| 383. - Nextera Energy Inc. Common Stock | A | Dividend | J | T | | | | | |
| 384. - Nordstrom Inc. Common Stock | A | Dividend | | | Sold | 01/10/13 | J | A | |
| 385. - Philip Morris Intl. Common Stock | A | Dividend | J | T | | | | | |
| 386. -- Pioneer Natural Resources Common Stock | A | Dividend | J | T | | | | | |
| 387. - PNC Fin. Servs. Group Common Stock | A | Dividend | | | Sold | 01/10/13 | J | A | |
| 388. - Polaris Ind. Inc. Common Stock | A | Dividend | J | T | | | | | |
| 389. - Praxair Inc. Common Stock (X) | A | Dividend | J | T | | | | | |
| 390. - Priceline Com. Inc. Common Stock | | None | J | T | | | | | |
| 391. - Procter & Gamble Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wheeler, Thomas C. | 05/13/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Prudential Financial Inc. Common Stock | A | Dividend | J | T | | | | | |
| 393. - Qualcomm Inc. Common Stock | A | Dividend | J | T | | | | | |
| 394. - Teradata Corp. Del Common Stock | | None | J | T | | | | | |
| 395. - Thermo Fisher Scientific Inc. Common Stock | | None | J | T | Sold (part) | 05/29/13 | J | A | |
| 396. - United Health Group, Inc. Common Stock | A | Dividend | J | T | | | | | |
| 397. - Visa Inc. CL A Common Stock | A | Dividend | J | T | | | | | |
| 398. - Williams Cos. Common Stock | A | Dividend | | | Sold | 05/29/13 | J | A | |
| 399. - Windstream Corp. Common Stock | A | Dividend | J | T | | | | | |
| 400. - Symantec Common Stock | A | Dividend | J | T | Buy | 05/29/13 | J | | |
| 401. - 3M Co. Common Stock | A | Dividend | J | T | | | | | |
| 402. - 3M Co. Common Stock | A | Dividend | J | T | | | | | |
| 403. - Zoetis Common Stock | A | Dividend | J | T | Buy | 03/19/13 | J | | |
| 404. - Accenture PLC Cl A Common Stock | A | Dividend | J | T | | | | | |
| 405. - Ace Ltd. Common Stock | A | Dividend | J | T | Sold (part) | 05/29/13 | J | A | |
| 406. - Schlumberger Ltd. Common Stock | A | Dividend | J | T | Sold (part) | 01/10/13 | J | A | |
| 407. - SPDR DJ Wilshire Int'l Common Stock | A | Dividend | J | T | Buy | 01/10/13 | J | | |
| 408. - Aberdeen FDS Emerging | A | Dividend | J | T | Buy | 01/11/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. - Goldman Sachs M C Value Cl Inst | A | Dividend | J | T | | | | | |
| 410. - Highland Long Short Equity Z | A | Dividend | J | T | | | | | |
| 411. - IPath Dow Jones UBS Commodity | | None | J | T | Sold (part) | 04/19/13 | J | A | |
| 412. - IShares MSCI Emerging Markets ETF | A | Dividend | K | T | Sold (part) | 01/10/13 | J | A | |
| 413. - Loomis Sayles ABS Strat Y | A | Dividend | J | T | Buy | 02/20/13 | J | | |
| 414. - Oppenheimer SR Floating Rate Bond Fund | A | Dividend | J | T | | | | | |
| 415. - Scout Int'l Fund | A | Dividend | K | T | Buy (add'l) | 02/08/13 | J | | |
| 416. -- TCW Emerging Market Income Fund | A | Dividend | J | T | | | | | |
| 417. - T Rowe Price Mid-cap Growth Fd #64 | | None | J | T | | | | | |
| 418. - T. Rowe Price Group Common Stock | A | Dividend | J | T | Buy (add'l) | 02/21/13 | J | | |
| 419. - T. Rowe Price Int'l Bond Fund | A | Dividend | J | T | Buy (add'l) | 02/08/13 | J | | |
| 420. - SPDR Dow Jones Intl. | A | Dividend | J | T | | | | | |
| 421. - TFS Market Neutral Fund | | None | J | T | | | | | |
| 422. - Nuveen Real Estate Security Class I | A | Dividend | J | T | Buy (add'l) | 04/24/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, line 3, Potomac Cliffs at Watson House Real Estate Partnership, purchased on 4/20/1987 at cost of $26,150 (1/2-share).

May 10, 2013 Report, Section VII, Broker Account #14, lines 369-377, I inadvertently failed to report for 2012 that all of the assets in the account were sold on 8/14/12, and reinvested in other assets. The new assets were acquired on 8/24/12, and are listed in the current report for Broker Account #14, lines 273-281. Each of these assets is marked with an (X). The name of the account on line 273 has been modified to accurately reflect the content. Reportable activity for this account is included for 2013.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas C. Wheeler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544